[No. 6399-9-II. Division Two. April 2, 1984.]

THE STATE OF WASHINGTON, *Appellant,* v. RALPH
L. HOWARD, *Respondent.*

Appeal from a judgment of the Superior Court for Jefferson County, No. C-1231, Grant S. Meiner, J., entered June 4, 1982. *Reversed* and *remanded* by unpublished opinion per Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.

[No. 11422-1-I. Division One. April 2, 1984.]

MOON CONSTRUCTION COMPANY, *Appellant,* v. SNOHOMISH
COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81-2-00472-3, Daniel T. Kershner, J., entered February 4, 1982. *Affirmed* by unpublished opinion per Johnsen, J. Pro Tem., concurred in by Swanson and Scholfield, JJ.

[No. 11159-1-I. Division One. April 2, 1984.]

CHARLES ERNEST WALLEY, JR., *Appellant,* v. THE
BOEING COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 81-2-02938-8, George H. Revelle, J., entered December 4, 1981. *Affirmed* by unpublished opinion per Soderland, J. Pro Tem., concurred in by Durham, C.J., and Williams, J.